*E-Filed 2/27/14*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DON LAFLAMME, | No. C 13-3313 RS (PR) |
| Petitioner, | **ORDER OF DISMISSAL** |
| v. | |
| BLANCHARD, Warden, | |
| Respondent. | |

Petitioner has failed to file an amended petition. Accordingly, this action is DISMISSED without prejudice for failure to respond to the Court's order and for failure to prosecute under Federal Rule of Civil Procedure 41(b). Because this dismissal is without prejudice, petitioner may move to reopen the action. Any motion to reopen **must** contain an amended petition addressing the deficiencies listed in the order dismissing the petition with leave to amend. The Clerk shall enter judgment in favor of respondent, and close the file.

**IT IS SO ORDERED**.

DATED: February 27, 2014

RICHARD SEEBORG
United States District Judge